IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ALI MGARESH and JEFFREY MINTER, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VIRGINIA UNION UNIVERSITY, )<br>)<br>Defendant. ) | Civil Action No. 3:24-cv-337–HEH |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal (ECF No. 39) filed on June 12, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties represent that all matters of controversy have been resolved. Therefore, it appearing good cause is shown, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: June 17, 2025
Richmond, VA